UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOHNNY WILLIAMSON,

                              Plaintiff,

                                                                       NOTICE OF
              -vs-                                           APPEARANCE

FOREST LABORATORIES, INC., and               08 CIV 0071
FOREST PHARMACEUTICALS, INC.,

                            Defendants.
-----------------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff JOHNNY WILLIAMSON.

I certify that I am admitted to practice in this court.

January 9, 2008

                                                       _____
                                                       ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                                       of FINKELSTEIN & PARTNERS, LLP
                                                       436 Robinson Avenue
                                                       Newburgh, N.Y. 12550
                                                       Phone: (800) 634-1212
                                                       Fax: 845-562-3492
                                                       E-mail: epolimeni@lawampm.com